UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SARA M. LYONS,
                      Plaintiff,

      -against-                            21 Civ. 3785 (LGS)

AMAZON.COM, INC., et al.,                 ORDER
                     Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge et al.:

      WHEREAS, the initial pretrial conference in this matter is scheduled for July 8, 2021. Dkt. No. 6.

      WHEREAS, on June 30, 2021, the parties filed a proposed case management plan and joint letter, which includes a request for a referral to Magistrate Judge Lehrburger for settlement discussions. Dkt. No. 15.

      WHEREAS, no other significant issues were raised in the parties' joint letter or proposed case management plan. *See* Dkt. No. 15. It is hereby

      **ORDERED** that the **July 8, 2021**, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. A Civil Case Management Plan and Scheduling Order will issue separately. A referral to Judge Lehrburger will issue separately. It is further

Dated:  July 1, 2021
           New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE