

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/10/2021___

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Jeremy Chase**
212-489-8230 tel
212-489-8340 fax

jeremychase@dwt.com

August 10, 2021

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    *Lyons v. Amazon.com, Inc.*, 1:21-cv-03785-LGS
            Letter Requesting Adjournment of September 10, 2021 Settlement Conference
            <u>and to Appear Telephonically</u>

Dear Judge Lehrburger:

        This firm is counsel to Defendant Amazon.com, Inc. ("Amazon") in the above-referenced action.  We write pursuant to Your Honor's Settlement Conference and Mediation Procedures to request that the Court adjourn the settlement conference scheduled for September 10, 2021 and for Amazon's decision-making representative, Scott Sanford, to appear telephonically on the date of the rescheduled conference.

        Amazon requests the adjournment of the conference because there was an internal miscommunication and Mr. Sanford is unfortunately unavailable on September 10, 2021 to attend the conference.  Plaintiff has consented to this adjournment and both parties are available on the mornings of either September 13 or September 15, 2021.  We are, of course, amenable to appear on other dates as the Court so orders.

        With respect to Amazon's request for Mr. Sanford to appear telephonically, Mr. Sanford resides in Seattle, Washington.  Like Ms. Lyons, Mr. Sanford would have to travel five-plus hours by plane to attend the settlement conference in person, and in light of the ongoing COVID-19 pandemic and the rise of the Delta variant, Mr. Sanford is concerned that cross-country travel could put his health at risk.  The undersigned will attend the settlement conference in person.  Mr. Sanford will be available and will participate in the entirety of the settlement conference telephonically if the Court so permits.

**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Hon. Robert Lehrburger
August 10, 2021
Page 2

Respectfully,

Davis Wright Tremaine LLP

*/s/ Jeremy Chase*

Jeremy Chase

SO ORDERED:

8/10/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE