UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SARA LYONS, :
                      Plaintiff, :
: 21 Civ. 3785 (LGS)
          -against- :
: ORDER
AMAZON.COM, INC., et al., :
                   Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge et al.:

      WHEREAS, on September 15, 2021, the parties participated in a settlement conference before Magistrate Judge Robert W. Lehrburger.

      WHEREAS, no settlement was reached.

      WHEREAS, pursuant to the July 6, 2021, Civil Case Management and Scheduling Order, the parties shall complete all fact discovery by October 22, 2021. (Dkt. No. 18.) It is hereby

      **ORDERED** that by **September 24, 2021**, the parties shall file a joint status letter, as outlined in Individual Rule IV.A.2.

Dated: September 16, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE